## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799-16, 18, 19, 20 | **DATE** | 02/22/08 |
| **CASE TITLE** | USA vs. Henry Chun, Roberto Valdez, Michael Myint, Jorge Huerta | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendants informed of their rights. Defendants waive formal reading of the Indictment and enter pleas of not guilty. Rule 16 conference to be held by 03/21/08. Pretrial motions are due by 04/18/08. Responses to be filed by 05/16/08. Status hearing before Judge Guzman is set for 05/22/08 at 10:30 a.m. Government's oral motion to exclude time is granted. Time ordered excluded from 02/22/08 to and including 05/22/08.  (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|