**FILED**

SEP 1 0 2008

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

*Felony* LI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

JUDGE RONALD GUZMAN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO ☐    YES X**  If the answer is "Yes", list the case number and title of the earliest filed complaint:

UNITED STATES v. JU WEN ZHOU, et al, 07 CR 799  *No CAN*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO ☐    YES X**    If the answer is "Yes", list the case number and title of the previously superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

MAGISTRATE JUDGE NOLAN

UNITED STATES v. JU WEN ZHOU, et al, 07 CR 799 - JUDGE GUZMAN

3) Is this a re-filing of a previously dismissed indictment or information?    **NO X    YES ☐**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
**NO X    YES ☐**  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    **NO X    YES ☐**

6) What level of offense is this indictment or information?    **FELONY X  MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**    **NO ☐    YES X**

8) Does this indictment or information include a conspiracy count?    **NO ☐    YES X**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ XDAPCA Controlled Substances ..... (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ........... (II) | ☐ Other Fraud ........... (III) | ☐ Immigration Laws ........... (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ........... (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery ......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ........... (IV) |
| ☐ Assault ............... (III) | ☐ Forgery ........... (III) | ☐ Motor Carrier Act ............. (IV) |
| ☐ Burglary ............. (IV) | ☐ Counterfeiting ........... (III) | ☐ Selective Service Act ........... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail ........... (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ........... (III) | ☐ Other Federal Statutes ........... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ........... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

21 U.S.C.    §§  841 (a)(1), 846, 963
18 USC      §§ 2, 1001(a)(2)

_____
TIMOTHY J. CHAPMAN
Assistant United States Attorney

(Revised 12/99)